IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DTG OPERATIONS, INC.<br>2. THRIFTY RENT-A-CAR SYSTEM, INC.<br>3. DOLLAR RENT A CAR, INC.<br><br>             Plaintiffs,<br><br>v.<br><br>1. U RIDE II, LLC<br>2. DAVID ANDERSON<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  10-CV-279-CVE-FHM<br>)<br>)<br>)<br>)<br>) |

**RELEASE AND SATISFACTION OF JUDGMENT AS TO
DEFENDANTS U RIDE II, LLC AND DAVID ANDERSON**

Plaintiffs DTG Operations, Inc., Thrifty Rent-A-Car System, Inc. and Dollar Rent A Car, Inc. (collectively "Plaintiffs") hereby give notice that they have released Defendants U RIDE II, LLC and David Anderson from their obligations under the Default Judgment entered July 22, 2010 (Docket No. 15).

                                                  Respectfully submitted,

                                                  /s/Alexander F. King
                                                  Alexander F. King, OBA # 18086
                                                  CROWE & DUNLEVY
                                                  321 South Boston, Suite 500
                                                  Tulsa, Oklahoma 74103-3313
                                                  (918) 592-9851
                                                  (918) 599-6310 FAX
                                                  alexander.king@crowedunlevy.com
                                                  ATTORNEYS FOR PLAINTIFFS

2097580.01.KINGA